**No. 52998.**—Park & Tilford Import·Corp. and Saccone & Speed (USA), Ltd. *v.*
United States, protests 133825–K and 140854–K (New York).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.*
v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was
sustained.   The protests were overruled in all other respects.

**No. 52999.**—Schenley Import Corp. et al. *v.* United States, protests 135160–K,
etc. (New York).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.*
v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was
sustained.   The protests were overruled in all other respects.

BEFORE THE SECOND DIVISION, APRIL 6, 1949

**No. 53000.**—Westinghouse Air Brake Co. *v.* United States, petition 6594–R
(Pittsburgh).

Opinion by LAWRENCE, J.   Upon the entire record the court was satisfied that
the entry of the merchandise at a less value than that returned upon final appraise-
ment was without any intention to defraud the revenue of the United States or
to conceal or misrepresent the facts of the case or to deceive the appraiser as to the
value of the merchandise.   The petition was therefore granted insofar as it
relates to entries 84 and 115.   The petition was dismissed as to entry 827.

**No. 53001.**—Horrocks-Ibbotson Company *v.* United States, petition 6687–R
(Rochester).

Opinion by LAWRENCE, J.   From the record it was held that the entry of the
merchandise at a less value than that returned upon final appraisement was with-
out any intention to defraud the revenue of the United States or to conceal or
misrepresent the facts of the case or to deceive the appraiser as to the value of the
merchandise.   The petition was therefore granted.